# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| J.H., *a minor, by and through his parent and natural guardian, Kirsten Lindsey*, | COURT MINUTES – CIVIL<br>BEFORE: TONY N. LEUNG<br>U.S. MAGISTRATE JUDGE |
| Plaintiff, | |
| v. | Case No: 20-cv-2038 (DWF/TNL)<br>Date: November 12, 2021<br>Courthouse: Minneapolis<br>Courtroom: Video Conference |
| Independent School District No. 623, *a/k/a Roseville Area Schools*, and Geraldine Cook, *in her individual capacity*, | Time Commenced: 12:30 PM<br>Time Concluded: 7:10 PM<br>Time in Court: 6 Hours & 40 Minutes |
| Defendants. | |

Hearing on: **SETTLEMENT CONFERENCE**

### APPEARANCES:

Plaintiff:   Joshua Andrew Newville, Samuel Kramer, Kirsten Lindsey

Defendant ISD No. 623:   Alex D. Ivan, Maggie Wallner, Lisa Chang, Melissa Sonnek, Mike Boguszewski, Shari Thompson, Joseph Pender

Defendant Geraldine Cook:   Eugene C. Shermoen, Jr., Kari Marie Dahlin, Geri Cook

### PROCEEDINGS:

✗   Settlement reached. Terms stated on the record.

Any transcript of the terms of settlement is Confidential and shall be SEALED, with access being allowed only to the parties and their counsel.

**Other Remarks:**

The parties should bring any dispute about terms of the settlement to the Court for resolution.

*s/Holly*
Courtroom Deputy