UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| **J.H., a minor**, by and through his parent and natural guardian, Kirsten Lindsey, | Case No. 0:20-cv-02038-DWF-TNL |
| Plaintiff, | |
| v. | **PLAINTIFF'S MOTION FOR APPROVAL OF PETITION TO APPROVE MINOR SETTLEMENT UNDER MINN. STAT. § 540.08** |
| **Independent School District No. 623 aka Roseville Area Schools, Geraldine Cook in her individual capacity**, | |
| Defendants. | |

_____

Pursuant to LR 7.1 and Minn. Stat. § 540.08, Plaintiff J.H., a minor by and through his respective guardian, respectfully moves this Court for an Order approving his Uncontested Petition to Approve Minor Settlement. This Motion is based upon all of the files, records and proceedings herein, including Plaintiff's Uncontested Petition, and such other points and authorities as may be presented.

1

2

Dated: February 15, 2022                  **MADIA NEWVILLE LLC**

                                                  /s/ Sam Kramer
                                           Samuel Kramer, MN #400743
                                           Joshua A. Newville, MN # 395221
                                           1850 IDS Center, 80 S. 8th St.
                                           Minneapolis, MN 55402
                                           Ph: 612.349.2720 | F: 612.235.3357
                                           Email: sjkramer@madianewville.com
                                           **Attorneys for Plaintiff J.H.**