# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| **J.H., a minor, by and through his parent and natural guardian, Kirsten Lindsey,** | Case No. 0:20-cv-02038-DWF-TNL |
| Plaintiff, | |
| v. | **NOTICE OF HEARING ON UNCONTESTED PETITION TO APPROVE MINOR SETTLEMENT UNDER MINN. STAT. § 540.08** |
| **Independent School District No. 623 aka Roseville Area Schools, Geraldine Cook in her individual capacity**, | |
| Defendants. | |

_____

**PLEASE TAKE NOTICE** that on February 18, 2022, at 10 a.m., before The Honorable Donovan W. Frank, via Zoom videoconference, Plaintiff J.H. by and through his guardian, Kirsten Lindsey, and his attorneys, will bring her Motion to Approve Uncontested Petition to Approve Minor Settlement Under Minn. Stat. § 540.08.

Dated: February 15, 2022                                       **MADIA NEWVILLE LLC**

                                                                 /s/ Sam Kramer
                                                               Samuel Kramer, MN #400743
                                                               Joshua A. Newville, MN # 395221
                                                               1850 IDS Center, 80 S. 8th St.
                                                               Minneapolis, MN 55402
                                                               Ph: 612.349.2720 | F: 612.235.3357
                                                               Email: sjkramer@madianewville.com
                                                               **Attorneys for Plaintiff J.H.**