UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| **J.H., a minor**, by and through his parent and natural guardian, **Kirsten Lindsey**, | Case No. 0:20-cv-02038-DWF-TNL |
| Plaintiff, | |
| v. | DECLARATION OF SAM KRAMER IN SUPPORT OF PLAINTIFF'S MOTION FOR APPROVAL OF PETITION TO APPROVE MINOR SETTLEMENT UNDER MINN. STAT. § 540.08 |
| **Independent School District No. 623 aka Roseville Area Schools, Geraldine Cook in her individual capacity**, | |
| Defendants. | |

I, Sam Kramer, declare as follows:

1. I am one of Plaintiff J.H.'s attorneys in this matter. I am over the age of 18 and am competent to testify.

2. **Exhibit A,** attached hereto, is a true copy of the Settlement Agreement reached by the parties in this matter.

3. On November 12, 2021, the parties appeared for a Settlement Conference with Magistrate Judge Tony Leung. The parties negotiated with the assistance of Judge Leung, and ultimately agreed to settle the case through a joint payment by

1

Defendants of ███████ to Plaintiff in exchange for Plaintiff releasing all claims and stipulating to the dismissal of his case, with prejudice.

4. ███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

██████████████████

5. ███████████████████████████████████

███████████████████████████████

███████████████████████████████

███████████████████████████████████

███████████████████████████████████

█████████████████████████

6. █████████████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

████████████

7.  ████████████████████████████████████████████

     ██████████████████████████████████████████████

     ██████████████████████████████████████████████

     ███████████████████████████

8.  ████████████████████████████████████████████

     ██████████████████████████████████████████████

     ███████████████████████████

9.  ████████████████████████████████████████████

     ██████████████████████████████████████████████

     ██████████████████████████████████████████████

     ██████████████████████████████████████████████

     ██████████████████████████████████████████████

10. Defense Counsel reviewed all pleadings associated with Plaintiff's Petition for Minor Settlement and have consented to the filing of those pleadings and the captioning of the motion as "uncontested."

I declare under penalty of perjury that the foregoing is true and correct.

DATED: February 15, 2022                         /s/ Sam Kramer
                                                 Attorney for Plaintiff