# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **J.H., a minor, by and through his parent and natural guardian, Kirsten Lindsey,** | Case No. 0:20-cv-02038-DWF-TNL |
| Plaintiff, | |
| v. | **STATEMENT REGARDING CONFIDENTIALLY OF EXHIBIT A** |
| **Independent School District No. 623 aka Roseville Area Schools, Geraldine Cook in her individual capacity**, | |
| Defendants. | |

With respect to Exhibit A to the Declaration of Sam Kramer, I certify that the entire document is confidential and it is therefore impracticable to redact the document.

Dated: February 15, 2022

**MADIA NEWVILLE LLC**

  /s/ Sam Kramer
Samuel Kramer, MN #400743
Joshua A. Newville, MN # 395221
1850 IDS Center, 80 S. 8th St.
Minneapolis, MN 55402
Ph: 612.349.2720 | F: 612.235.3357
Email: sjkramer@madianewville.com
**Attorneys for Plaintiff**