# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| J.H., *a minor, by and through his parent and natural guardian, Kirsten Lindsey,* Plaintiff(s) | **COURT MINUTES**<br>**BEFORE: Donovan W. Frank**<br>**United States District Judge** |
| v. | Case Number: CV 20-2038 DWF/TNL<br>Date: February 18, 2022 |
| Independent School District No. 623, *also known as Roseville Area Schools*, Geraldine Cook, *in her individual capacity,* Defendant(s). | Court Reporter: Lynne Krenz<br>Courthouse: Mpls<br>Courtroom: via VIDEO<br>Time Commenced: 10:01 AM<br>Time Concluded: 10:20 AM<br>Time in Court: 19 Minutes |

APPEARANCES:

    Plaintiff:   Sam Kramer
    Defendant ISD No. 623:   Alex Ivan
    Defendant Cook:   Kari Dahlin

PROCEEDINGS:

Hearing on:   MOTION for Approval of Petition for Minor Settlement filed by J.H.. (Kramer, Samuel) (Doc. No.73)   SEALED MOTION Uncontested Petition for Approval of Minor Settlement re 73 MOTION for Approval of Petition for Minor Settlement filed by Plaintiff. (Kramer, Samuel) (Doc. No. 76)

**IT IS ORDERED:**

    ☒ Granted
    ☒ Written order forthcoming.
    ☒ Any transcript of this proceeding shall be filed under seal.

                                                               s/L. Sampson
                                                               Courtroom Deputy