**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| J.H., a minor, by and through his parent and natural guardian, Kirsten Lindsey,<br><br>Plaintiff,<br><br>v.<br><br>Independent School District No. 623 aka Roseville Area Schools, Geraldine Cook in her individual capacity,<br><br>Defendants. | Civil No. 20-2038 (DWF/TNL)<br><br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO APPROVE UNCONTESTED PETITION TO APPROVE MINOR SETTLEMENT** |

Plaintiff's Motion for Approval of Minor Settlement Under Minn. Stat. § 540.08 (Doc. No. 73) came before the Court for a hearing on February 18, 2022.  Based on all of the files, records, and proceedings herein, the Motion (Doc. No. [73]) is **GRANTED** and the Uncontested Petition for Minor Settlement (Doc. No. [76]) is **APPROVED.**

**IT IS HEREBY ORDERED** that Defendant shall transfer the settlement proceeds pursuant to the parties' Settlement Agreement for minor J.H., whereupon Plaintiff is directed to submit a stipulation of dismissal with prejudice for her claims.  The terms of the Settlement Agreement dictating the manner in which the settlement funds are to be distributed and used have the force of law and are hereby incorporated into this Order.

Dated:  February 18, 2022

s/Donovan W. Frank
DONOVAN W. FRANK
United States District Judge